Certificate Number: 06531-AZ-CC-009323191

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 15, 2009, at 1:12 o'clock PM CST,
Robert G Taylor received from
Allen Credit and Debt Counseling Agency,
an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the
District of Arizona, an individual [or group] briefing that complied
with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of
the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: December 15, 2009    By    /s/Stephanie Kjetland

                                             Name   Stephanie Kjetland

                                             Title    Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).